**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE LEE HOUSTON, | ) NO. SACV 10-1466-JVS (MAN) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES |
| CS CASTILLO, et al., | ) MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing by plaintiff. The Court accepts the findings and recommendations of the Magistrate Judge set forth in the Report.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on plaintiff.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:    6-8-11          .

7

8  _____
                                      JAMES V. SELNA
9                            UNITED STATES DISTRICT JUDGE