UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE LEE HOUSTON, | ) | NO. SACV 10-1466-JVS (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CS CASTILLO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: 6-8-11 .

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE